**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION**

**JAVON TURNER** **PLAINTIFF**

**v.** **CASE NO. 2:25-CV-00131-BSM**

**STEVEN BOBO, *et al.*** **DEFENDANTS**

**JUDGMENT**

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 18th day of September, 2026.

UNITED STATES DISTRICT JUDGE